UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BADER FAMILY FOUNDATION,

Plaintiff,

v.

COUNCIL OF THE INSPECTORS GENERAL
ON INTEGRITY AND EFFICIENCY,

Defendant.

Civil Action No. 25-0745 (CKK)

## JOINT STATUS REPORT

Plaintiff Bader Family Foundation and Defendant the Council of the Inspectors General on Integrity and Efficiency ("CIGIE" or "Defendant"), through undersigned counsel, file this status report to provide the Court with an update in this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

Plaintiff brings this action seeking the disclosure of records relating to the termination of certain inspectors general. *See generally* Compl. As required by the Court's April 18, 2025, Order, the parties provide the following update.

1. Defendant's Status Update:

    a. CIGIE provided its final response for categories three and four of the underlying FOIA request on May 6, 2025.

    b. For categories five through ten, CIGIE completed a search and subsequent supplemental searches. CIGIE produced two interim responses with responsive records regarding categories five through ten, namely a second interim response on July 29, 2025, and a third interim response on September 11, 2025.  CIGIE's third

interim response necessitated consultations with various Offices of Inspectors General (OIGs) with equities in the records uncovered in the searches.  CIGIE has received responses from all but one of those consultation requests.  Since the parties' last Joint Status Report, CIGIE produced 15 responsive records consisting of 41 pages on March 16, 2026.  CIGIE is in the process of reviewing the consultation response from one OIG related to four records (11 pages) of potentially responsive documents.  In addition, CIGIE is waiting on another agency's consultation for five remaining potentially responsive records.

c.  As to categories one and two of the request, CIGIE has conducted its search for potentially responsive records and identified six (6) responsive records consisting of six (6) pages.  CIGIE has now produced all those records.

d.  CIGIE has been significantly hampered in its efforts to complete production due to changes in its staff as previously reported in the parties' last Joint Status Report.

2.  <u>Proposed Next Steps.</u> In light of the above, the parties propose filing another status report updating the Court on the progress of this case on or before May 15, 2026. A proposed order is included herein.

Dated: March 16, 2026                    Respectfully submitted,

                                         */s/ Hans F. Bader*
                                         Hans F. Bader
                                         D.C. Bar No. 466545
                                         hfb138@yahoo.com
                                         1236 N. Stafford St.
                                         Arlington, VA 22201
                                         (703) 399-6738

                                         *Attorney for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Xinyu Yang*

    Xinyu Yang, Texas Bar #24098643
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-7225
    Xinyu.Yang@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BADER FAMILY FOUNDATION,

      Plaintiff,

      v.

COUNCIL OF THE INSPECTORS GENERAL
ON INTEGRITY AND EFFICIENCY,

      Defendant.

Civil Action No. 25-0745 (CKK)

**[PROPOSED] ORDER**

Upon consideration of the parties' joint status report, it is hereby ORDERED that the parties shall file a status report on or before May 15, 2026, and every 60 days thereafter, apprising the Court of the progress of this action.

SO ORDERED.

_____
Dated

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

4